

U.S. Department of Justice

United States Attorney
Eastern District of New York

SLR:LDM:CSK
F. #2018R01099

271 Cadman Plaza East
Brooklyn, New York 11201

April 9, 2019

By ECF and Interoffice Mail
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: United States v. Xue Wei Qu
           Criminal Docket No. 18-419 (BMC)

Dear Judge Cogan:

      The government submits this letter and the enclosed proposed Order of Forfeiture ("Order") for the Court's consideration and approval in the above-referenced ongoing criminal matter. The defendant, Xue Wei Qu, has agreed to the terms of the enclosed Order in connection with her guilty plea taken on or about March 28, 2019 beforeMagistrate Judge Pollack.

      The government respectfully requests that at the defendant's sentencing, the Order of Forfeiture be orally pronounced, included, and attached to the Judgment of Conviction pursuant to Fed. R. Crim. P. 32.2(b)(4). Thank you for Your Honor's consideration of this submission.

                                    Respectfully submitted,

                                    RICHARD P. DONOGHUE
                                  United States Attorney

                By:    /s/ Claire S. Kedeshian
                        Claire S. Kedeshian
                        Assistant U.S. Attorney
                        (718) 254-6051

Encl: Order of Forfeiture
cc: Counsel of Record